IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMON DEAN RICHARDS,

      Plaintiff,

v.                                       CASE NO.  4:13-cv-30-MW/CAS

MICHAEL CREWS and
T. CROWDER,

      Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.22, filed February 19, 2014, and has also reviewed *de novo* Plaintiff's Objection to the Report and Recommendation, ECF No.23, filed March 5, 2014. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Defendants' motion to dismiss, ECF No. 19, is DENIED, however construed by this Court as a motion for more definite statement, the motion is GRANTED.  Plaintiff shall file his second

1

amended complaint within 45 days of the date of this order." This cause is remanded to the Magistrate for further proceedings.

**SO ORDERED on March 12, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**