IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMON DEAN RICHARDS,

       **Plaintiff,**

v.                                        Case No.  4:13cv30-MW/CAS

JULIE JONES and
T. CROWDER,

       **Defendants.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 75, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 78. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Defendants' motion for summary judgment, ECF No. 49, is **GRANTED**. Plaintiff's motion for summary judgment, ECF No. 59, is **DENIED**.  Plaintiff's

1

claims against Defendants are dismissed with prejudice."  The Clerk shall close the file.

    **SO ORDERED on March 22, 2016.**

                                        **<u>s/Mark E. Walker        </u>**
                                        **United States District Judge**